## MARIO ROSATO *v.* BEATRICE ROSATO

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 533 (AC 14678), is granted, limited to the following issue:

"Did the Appellate Court improperly reverse the judgment of the trial court due to a misreading of the trial court's order regarding the defendant wife's interest in the plaintiff husband's current lifetime annuity?"

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16250.

*Beatrice Rosato,* pro se, in support of the petition.

*James P. Caulfield,* in opposition.

Decided February 16, 2000

## TERRY ANN WILLIAMS *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 251 (AC 17948), is granted, limited to the following issue:

"Did the Appellate Court improperly conclude that the 180 day time limitation for filing a complaint under General Statutes § 46a-82 (e) was subject matter jurisdictional?"

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16249.

*Philip A. Murphy, Jr.,* commission counsel, in support of the petition.

Decided February 16, 2000